# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2006

129825

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KENNETH KARACZEWSKI,
      Plaintiff-Appellee,

v

FARBMAN STEIN & COMPANY and
NATIONWIDE MUTUAL INSURANCE
COMPANY,
      Defendants-Appellants.

SC: 129825
COA: 256172
WCAC: 02-000480

_____/

      On order of the Court, the application for leave to appeal the October 18, 2005 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues addressed whether appellants' proposed overruling of *Boyd v W G Wade Shows,* 443 Mich 515 (1993), is justified under the standard for applying stare decisis discussed in *Robinson v City of Detroit,* 462 Mich 439, 463-468 (2000).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2006

t0321

_____
Clerk